KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

Louisville Division

| | | |
|---|---|---|
| Christopher Pascoe | ) | Case No.  3:23-cv-4-CHB |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | ) | |
| J.J. Scarborough<br>Ernie Rutherford<br>janet Kaufman<br>Kyle T Henderson  | ) ) ) ) ) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Pascoe |
| Address | 295 Ashley ln |
| City | Irvington |
| State | KY |
| Zip Code | 40146 |
| County | Breckinridge |
| Telephone Number | (270)980-8335 |
| E-Mail Address | ChrisRPascoe@outlook.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | J.J. Scarborough |
| Job or Title *(if known)* | mdead county jailer |
| Address | 516 Hillcrest Drive. , KY 40108. ⋯ |
| City | Brandenburg |
| State | KY |
| Zip Code | 40108 |
| County | meade |
| Telephone Number | (270) 422-2546 |
| E-Mail Address *(if known)* | mcjailer@meadeky.gov |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Ernest Eugene Rutherford Jr |
| Job or Title *(if known)* | Chief Deputy meade county detention center |
| Address | 629 williams ln |
| City | stephensport |
| State | KY |
| Zip Code | 40170 |
| County | Meade |
| Telephone Number | (270) 617-2799 |
| E-Mail Address *(if known)* | MCDC1233@YAHOO.COM |

☐ Individual capacity  ☑ Official capacity

Defendant No. 3
- Name: janet Kaufman
- Job or Title *(if known)*: meade county deputy jailer
- Address: 209 Bruner Rd
- City: Brandenburg   State: KY   Zip Code: 40108
- County: meade
- Telephone Number: (270) 996-0558
- E-Mail Address *(if known)*: ciberwolfusa@gmail.com

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
- Name: Kyle T Henderson
- Job or Title *(if known)*:
- Address: 2791 E. Highway 144
- City: Hardinsburg   State: KY   Zip Code: 40143
- County: Breckenridge
- Telephone Number: (279)922-7962
- E-Mail Address *(if known)*: gordonhenderson@gmail.com

☐ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
8th amendment, and article 3 of The human Rights act violations 35

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.
All 3 defendants actions where done as correctional officers but through their own actions  or through hidding and condoning such actions they are not protected by any amunity. there is no reasonabule person that would find using chemical wepons or high powered airconditioning on uncombative people just or nessissary furthermore hiding theis facts when investegators come asking questions

III. **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
516hillcrest dr Brandenburg KY 40108

B. What date and approximate time did the events giving rise to your claim(s) occur?
April 1st 2016 approximatly 0700 throughout my stay at mcdc

C. What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
i was denied water when handed over to the custidy of the jail, something i was promised by arresting officer.

i was covered in fox spray by janit sitting cross legged on my matt, when asking for a shower in an extreamly cold isolation cell.

Kyle T Henderson was standing next to janet, he even said "wow he's quit" after the trusty Baker brought me a cup of water.

jj and earni covered for janit when DOC showed up.

my transportation order was lost after DOC came to investigate jail conditions that i maild the goveners office

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
i was torchered and then tormented for 27months of my life

while on suiside watch janet took my mat after the nurse threatened me into eating in frontg od Kyle or her back up. i did get my matt back befor long but the mental anguish from this long experiace  remains.

the questions that remains is, what is the name, of the man in the isolation cell? Steve Sego remembers the loss but with all the faces he cant remembrer his name.

im hart still hurts for that man; the fear, being compleatly alone, crushing hoplessnes, dieing in a dirty jail by his self its digusting really. i dont know for sure but im sure it swas somethying petty like a nitro pill. toi make matters wors NO ONE has cared and i know he wasnt in jail for melesting kids because if he was his death would not have gone unnotised

### V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like a jury of my pears to decide what pain, suffering is worth

Or

$3,000,000 and JJ to step down and Janet to step down and I want both of their badges I would also like a guarantee that they will not be supervising anyone ellses life.

A jailler shouldnt walk down a hallway hopeing to get a rise to "test out a new toy" Chemical/electrical wepon

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing: 01/02/2023

Signature of Plaintiff: Christopher Pascoe
Printed Name of Plaintiff: Christopher Pascoe

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                                         *City*                  *State*          *Zip Code*

Telephone Number
E-mail Address