UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PASCOE | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 3:23-CV-P004-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| J.J. SCARBOROUGH, *et al.* | ) | |
| | ) | |
| | ) | |
|     Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

This the 22nd day of May, 2023.

*[Signature: Claria Horn Boom]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Plaintiff, *pro se*
A958.014